433 A.2d 538

DeLuca, Appellant v. Kingsway Tavern Inc., etc.

Petition for Allowance of Appeal Denied Sept. 23, 1981.

Argued December 1, 1980. Michael A. Paul, for appellant; Edward M. Foley, for appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.

PRICE, J., filed a memorandum dissenting statement.

433 A.2d 538

Filipkowski v. Ritter, Appellant.

Submitted September 13, 1979. John P. Campana, for appellant; Richard H. Roesgen, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.